UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KRISTIN SWINNK, N/K/A, KRISTIN NEARING,<br><br>                    Plaintiff,<br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                    Defendant. | Case No. 11-5305 RBL-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #24] recommending that this case be remanded, based on the stipulation of the parties [ECF #23].  It is therefore ORDERED

(1)  The Court ADOPTS the Report and Recommendation;

(2)  The Court REVERSES and REMANDS for further administrative proceedings; and

(3)  The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 28th day of November, 2011.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1