# United States District Court

WESTERN DISTRICT OF WASHINGTON

KRISTIN SWINNK, n/k/a
KRISTIN NEARING

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C11-5305RBL/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Reort and Recommendation;

The Court REVERSES and REMANDS for further administrative proceedings.

| | |
|---|---|
| November 29, 2011 | WILLIAM M. McCOOL |
| | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |