# United States District Court

WESTERN DISTRICT OF WASHINGTON

KRISTIN SWINNK, n/k/a
KRISTIN NEARING

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C11-5305RBL/KLS

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Reort and Recommendation;

The Court REVERSES and REMANDS for further administrative proceedings.


  November 29, 2011                                WILLIAM M. McCOOL
                                                              Clerk


                                                    *s/CM Gonzalez*
                                                      Deputy Clerk